UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:16-CR-187-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| JOHN LINGLE, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Numbers 35 and 36 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

This, the \_\_3rd\_\_ day of \_\_May\_\_, 2017.

_____
LOUISE W. FLANAGAN
U.S. District Judge