UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-187-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **AMENDED** |
| v. | ) | MOTION TO SEAL EXHIBIT C |
| | ) | SENTENCING MATERIALS |
| JOHN ERVIN LINGLE, | ) | Local Rule 79.2 |
| Defendant. | ) | |

COMES NOW the Defendant, JOHN LINGLE, by and through undersigned counsel, and hereby moves this Honorable Court to SEAL Exhibit C of his Sentencing Memorandum. In support, Defendant would show:

1) Exhibit C of the Sentencing Memorandum contains five confidential mental health assessments.

2) Confidential matters are properly protected from public view by sealing same, pursuant to Local Rule 79.2 on motion.

3) At the time of the filing of the Sentencing Memorandum (this date, early a.m.), which this Exhibit Supports, pursuant to the Rule, counsel attempted to file with the Court's Clerk the prospective SEALED exhibit; however, the document was too large. With assistance today, Counsel is filing the proposed SEALED exhibit, having condensed the exhibit to conform to filing parameters.

4) Counsel will hand-deliver the exhibit to the Government, per the Rule.

WHEREFORE, for the foregoing reason Defendant requests that this Honorable Court order Exhibit C of his Sentencing Memorandum SEALED.

RESPECTFULLY SUBMITTED this 7th day of February 2018.

NEWTON LAW

*/s/ Deborrah L. Newton*
Deborrah L. Newton
Attorney & Counsellor At Law
557 East Edenton Street
Raleigh, North Carolina 27601
919-931-2294
NewtonAtLaw1@aol.com
ATTORNEY FOR DEFENDANT

# CERTIFICATE OF SERVICE

I hereby certify that I have this date properly served a copy of the foregoing **AMENDED** MOTION TO SEAL, proposed sealed documents, on all parties to this cause by ECF of same to the following:

Ethan Ontjes
Assistant United States Attorney         VIA ECF & (SEAL) *hand-delivery*
310 New Bern Avenue, Suite 800
Terry Sanford Federal Building
Raleigh, North Carolina 27601

    THIS the 7TH day of February 2018.


                                    __/s/ *Deborrah L. Newton*_
                                    Deborrah L. Newton