UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-187-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | ORDER |
| v. | ) | MOTION TO SEAL EXHIBIT C |
| | ) | SENTENCING MATERIALS |
| JOHN ERVIN LINGLE, | ) | |
| Defendant. | ) | |

THIS MATTER COMES on Defendant John Lingle's Motion to Seal Exhibit C of his

Sentencing Memorandum.

FOR GOOD CAUSE SHOWN the Court hereby GRANTS his motion.

THIS 8th day of February 2018.


_____
LOUISE W. FLANAGAN
United States District Judge